# Lessee of Joseph Wirt *against* John Stevenson.
# Lessee of John Keble *against* Thomas Arthur.

The proceedings on an appeal from the Circuit Court may be filed on the first day of the term in bank before the court has begun to sit, but not after, unless on special grounds.

MR. DUNCAN for the defendants moved to dismiss these appeals from the last Circuit Court held for Centre county, the records of the proceedings not being filed before this term, pursuant to the 4th section of the act of 20th March 1799. 4 St. Laws 362. He admitted that the appeals were entered and the proceedings filed on the first day of the term before the court commenced sitting.

*Per Cur.* The motions must be denied.

We have in former instances, construed the words to mean before the term commences; but after that period, appeals cannot be received unless on special grounds.